IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00994-LTB

MIKEAL GLENN STINE,

    Plaintiff,

v.

MR. S. M. KUTA, ADX,
MR. P. KLEIN, Captain ADX,
LT. GIACONI, SHU Supervisor ADX,
LT. ALVAREZ, ADX,
MR. M. ANDREIS, Health Serv. Provider,
MR. D. PARRY, Corr. Officer, ADX,
MR. T. GARDINER, Corr. Officer ADX, and
JOHN DOE DEFENDANTS, (Unknown at this Time),

    Defendants.

## ORDER

At issue is the *pro se* "Motion for Copy of Order 'Denying Request to File a Pro Se Complaint ['] and to Toll Time for Filing Notice of Appeal," ECF No. 6, that Plaintiff filed on May 10, 2013. The Court construes Plaintiff's request to toll the time to appeal as filed pursuant to Fed. R. App. P. 4(a)(5)(A).

Rule 4(a)(1)(B) of the Federal Rules of Appellate Procedure provides that a notice of appeal in a civil case must be filed with the clerk of the district court within sixty days after the judgment or order appealed from is entered. Pursuant to Rule 4(a)(5)(A), the district court may extend the time to file a notice of appeal if the party moves for an extension of time within thirty days after the time provided in Rule 4(a)(1)(B) and, regardless of whether the motion is filed before or during the thirty days after the time to appeal expires, the party shows excusable neglect or good cause.

Plaintiff's request was filed within the time required. The Court also finds just cause for the extension as required under Rule 4(a)(5)(A)(ii).  Accordingly, it is

ORDERED that Plaintiff's request for an extension of time to file a notice of appeal, ECF No. 6, filed on May 10, 2013, is GRANTED.  It is

FURTHER ORDERED that Plaintiff shall have until July 22, 2013, to file a notice of appeal.  *See* Fed. R. App. P. 4(a)(5)(C).  It is

FURTHER ORDERED that the Clerk of the Court shall mail a copy of ECF No. 4 to Plaintiff.

DATED at Denver, Colorado, this  10th  day of    June    , 2013.

BY THE COURT:


   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court